# Third District Court of Appeal
## State of Florida

Opinion filed April 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-258
Lower Tribunal No. 21-12068 SP
_____

**United Automobile Insurance Company**,
Appellant,

vs.

**Path Medical, LLC, a/a/o Cesar Silva**,
Appellee.


An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Michael J. Neimand, for appellant.

Flaxman Law Group, and Charles Flaxman (Hollywood), for appellee.


Before EMAS, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed. See Travieso v. Travieso, 474 So. 2d 1184, 1186 (Fla. 1985) ("We hold that pursuant to section 92.231, expert witness fees, at the discretion of the trial court, *may* be taxed as costs for a lawyer who testifies as an expert as to reasonable attorney's fees"); United Auto. Ins. Co. v. Feijoo, 356 So. 3d 304 (Fla. 3d DCA 2023); Bystrom v. Florida Rock Ind., Inc., 513 So. 2d 742, 743 (Fla. 3d DCA 1987) (reaffirming that "a trial judge has discretion to determine reasonable expert witness fees and tax these fees as costs"). See also Albanese Popkin Hughes Cove, Inc. v. Scharlin, 141 So. 3d 743, 745 (Fla. 3d DCA 2014) ("A trial court's award of costs is reviewed by appellate courts for an abuse of discretion.")